IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AIDAN REES LLEWELLYN,**

    Plaintiff,

v.

                                          Case No. _____

**CAVALRY SPV I, LLC AND CAVALRY
PORTFOLIO SERVICES, LLC**

    **Defendant.**

_____/

## NOTICE OF REMOVAL

**COME NOW** defendants Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC (collectively, "Defendants"), by and through their undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1332, 1441 and 1446, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure, any and all defenses under the federal laws of bankruptcy and specifically preserving the right to demand arbitration pursuant to contractual agreements and the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and hereby give notice of the removal of this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division.  In support of this notice of removal, Defendants state as follows:

### I.   INTRODUCTION

1. Plaintiff Aidan Rees Llewellyn ("Plaintiff") commenced this action by filing a complaint against Defendants in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case Number 2020-CA-008556-O on or about August 26, 2020.

2. Plaintiff's complaint asserts claims against Defendants relating to alleged improper collection of a debt. (*See generally* Complaint)

3. Based on these allegations, Plaintiff seeks general, compensatory and punitive damages. (Compl. pp. 3-4.)

### II.   DIVERSITY JURISDICTION

4. This Court has jurisdiction over all of Plaintiff's Complaint under 28 U.S.C. § 1332, which provides federal district courts with original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, and where the action is between citizens of different states. 28 U.S.C. § 1332(a)(1).

#### A.   The Parties are Diverse.

5. Complete diversity exists between Plaintiff and the Defendant.

6. Plaintiff alleges in its complaint that it is a Trust Organization registered in Florida. (Compl., p 1.) Upon information and belief, Aidan Rees Llewellyn is a citizen of California.

7. Defendants are both Delaware limited liability companies, with their principal place of business located in the State of New York and none of the Defendants have any members who are citizens of the States of Florida or California.

8. Accordingly, complete diversity of citizenship exists in the present action.

      **B.**    **The Amount in Controversy Exceeds $75,000.**

9. Removal is also proper because the amount in controversy exceeds the $75,000 jurisdictional threshold, exclusive of interest and costs.

10. In the Statement of Damages in Plaintiff's Complaint, Plaintiff seeks general damages, compensatory damages, punitive and aggravated damages and fees in the amount of $10,524,784.00 (*See* Compl., p. 3, Statement of Claim.)

11. Based on the foregoing, the amount in controversy requirement of 28 U.S.C. § 1332 is clearly satisfied.

      **III.**    **ADOPTION AND RESERVATION OF DEFENSES**

12. Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Defendants' rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) arbitration; (2) lack of jurisdiction over the person; (3) improper venue; (4) insufficiency of process; (5) insufficiency of service of process; (6) improper joinder of claims and/or parties; (7) failure to state a claim; (88) failure to join indispensable parties; or (9) any other pertinent defense available under Fed. R. Civ. P. 12, any state or federal statute, or otherwise.

      **IV.**    **PROCEDURAL REQUIREMENTS**

13. This case is a civil action within the meaning of 28 U.S.C. § 1441(a), relating to the removal of cases.

14. True and correct copies of "all process, pleadings, and orders" filed to date are attached hereto in conformity with 28 U.S.C. § 1446(a). There has been no other process, pleading, or order served upon Defendants to date in this case.

15. This notice of removal is filed within the time frame set forth in 28 U.S.C. § 1446, as less than thirty (30) days has expired since Defendants were served with a copy of the complaint.

16. The United States District Court for the Middle District of Florida, Orlando Division, is the court and division embracing the place where this action is pending in state court.

17. Contemporaneously with the filing of this Notice of Removal, Defendants have filed a copy of same with the clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida and a Notice of Filing Notice of Removal. Notice of the filing of this Notice of Removal has also been served upon the Plaintiff.

18. Defendants reserve the right to supplement this Notice of Removal by adding any jurisdictional defenses which may independently support a basis for removal.

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division.

Respectfully submitted this 11th day of January, 2021.

*/s/ R. Frank Springfield*
R. Frank Springfield (FL Bar No. 0010871)
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
fspringfield@burr.com

Attorney for Defendants
CAVALRY PORTFOLIO SERVICES, LLC AND
CAVALRY SPV I, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 11th day of January, 2021:

Aidan Rees Llewellyn<br>
1317 Edgewater Drive, Suite 988<br>
Orlando, FL  32804-9998

*/s/ R. Frank Springfield*
OF COUNSEL