**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**AIDAN REES LLEWELLYN
EXPRESS TRUST,**

        **Plaintiff,**

**v.**                                                      **Case No: 6:21-cv-80-PGB-EJK**

**CAVALRY SPV I, LLC and
CAVALRY PORTFOLIO
SERVICES, LLC,**

        **Defendants.**

_____/

**ORDER**

This cause comes before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 26). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on April 16, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record